

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Michael D. Jackson, Jr., Appellant

No. 06-23-00028-CV          v.

Diamond D Realty, Andy Griffith, and
Denise Badgley, Appellees

Appeal from the 294th District Court of
Van Zandt County, Texas (Tr. Ct. No. 17-
00276).   Memorandum Opinion delivered
by Chief Justice Stevens, Justice van Cleef
and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Michael D. Jackson, Jr., pay all costs incurred by reason of this appeal.

RENDERED AUGUST 17, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk